FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 14 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>CYNTHIA LEON MONTOYA,<br><br>Defendant-Appellant. | No.  21-50129<br><br>D.C. No.<br>3:20-cr-02914-LAB-1<br>Southern District of California,<br>San Diego<br><br>**ORDER** |

**MURGUIA**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that

this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a)

and Circuit Rule 35-3.  The three-judge panel opinion is vacated.

Judges Owens and Bumatay did not participate in the deliberations or vote in

this case.